**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1171**

_____

CHRISTOPHER G. HICKS,

          Plaintiff - Appellant,

  versus

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (1:06-cv-00222)

_____

Submitted: September 19, 2007   Decided: October 10, 2007

_____

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George L. Fitzgerald, Charlotte, North Carolina, for Appellant. Gretchen C.F. Shappert, United States Attorney, Sidney P. Alexander, Assistant United States Attorney, Dino Trubiano, Special Assistant United States Attorney, Robert J. Triba, SOCIAL SECURITY ADMINISTRATION, Boston, Massachusetts, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher G. Hicks appeals the district court's order dismissing this action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hicks v. Commissioner, No. 1:06-cv-00222 (W.D.N.C. Jan. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED